```
QUIN DENVIR, Bar #49374
Federal Defender
MARK J. REICHEL, Bar #155034
Assistant Federal Defender
801 K Street, Suite 1054
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
JEFFREY GRUBBS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                            )<br>            Plaintiff,     )<br>                            )<br>     v.                     )<br>                            )<br>                            )<br>JEFFREY GRUBBS,             )<br>                            )<br>            Defendant.      )<br>_____ )<br>                            ) | NO. CR-S-02-0164-WBS<br><br><br>**UNOPPOSED DEFENSE MOTION TO MODIFY**<br>**CERTAIN BAIL CONDITIONS AND ORDER**<br><br>DATE:    n/a<br>TIME:    n/a<br>JUDGE:   HON. DALE A. DROZD |

Defendant hereby requests the magistrate judge modify his present bail conditions. The present conditions for defendant's release contain unsecured appearance bonds in the amount of $25,000 signed by Myra Wood, Carol Bradstreet (the defendant's wife), and the defendant. As well, the defendant is in the 3rd party custody of Myra Wood, and subject to Pre Trial Services Supervision.

Defendant requests that he be relieved from the 3rd party custody of Myra Wood, and that Ms. Wood be released as a signator on the unsecured appearance bond. The defendant will reside at a premises approved by Pre Trial Services, but will no longer have a 3rd Party Custodian.

All other conditions of the defendant's release shall remain in full force and effect.

The pretrial service officer, Phil Davis, is aware of this request and has indicated his approval. AUSA Camil Skipper has reviewed this request and has no objections.

DATED: December 7, 2005.       Respectfully submitted,

                               QUIN DENVIR
                               Federal Public Defender

                               /S/ mark J. Reichel
                               _____
                               MARK J. REICHEL
                               Assistant Federal Defender
                               Attorney for Defendant

# O R D E R

**IT IS SO ORDERED.** The conditions are modified as set forth in the foregoing motion.

DATED: December 7, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/grubbs0164.ord

2