1  McGREGOR W. SCOTT
   United States Attorney
2  CAMIL A. SKIPPER
   Assistant U.S. Attorney
3  501 "I" Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2709

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. S. 02-164 WBS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION TO CONTINUE |
| | ) | STATUS CONFERENCE; |
| JEFFERY HAYMEN GRUBBS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

It is hereby agreed between the parties that the status conference presently set for March 9, 2006, at 2:00 P.M., be continued to April 5, 2006, at 9:00 A.M.  Since the parties last appeared before this court, the Supreme Court held oral argument and took the matter under submission.  Based on the timing

///
///
///

of other recently released opinions, the parties anticipate that a decision in this case will issue in the next four weeks.

    On March 7, 2006, Mark Reichel gave Camil A. Skipper verbal permission to sign this stipulation on his behalf.

DATED: March 7, 2006          McGREGOR W. SCOTT
                                    United States Attorney

                                 By  /s/ Camil A. Skipper
                                     CAMIL A. SKIPPER
                                     Assistant U.S. Attorney

DATED: March 7, 2006          /s/ Camil A. Skipper for
                                     MARK REICHEL
                                     Attorney for defendant
                                     Jeffery H. Grubbs

**ORDER**

IT IS HEREBY ORDERED THAT the status conference presently set for March 9, 2006, is continued to April 5, 2006, at 9:00 A.M.

Date: March 7, 2006

/s/ William B. Shubb
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2