1  McGREGOR W. SCOTT
   United States Attorney
2  CAMIL A. SKIPPER
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2709

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )    CR. No. S-02-164 WBS
                                )
12              Plaintiff,      )    STIPULATION AND ~~PROPOSED~~ ORDER
                                )    TO CONTINUE STATUS CONFERENCE
13      v.                      )
                                )
14 JEFFERY HAYMEN GRUBBS,       )    DATE: July 23, 2007
                                )    TIME: 8:30 A.M.
15              Defendant.      )    COURT: Hon. William B. Shubb
   _____)
16

17      IT IS HEREBY STIPULATED AND AGREED between the defendant,

18 Jeffery Grubbs, and the United States, through their respective

19 counsel, that the status conference presently set for June 25, 2007,

20 should be continued to July 23, 2007 at 8:30 A.M.

21      As the court is aware, the case was remanded to the Ninth

22 Circuit after reversal by the Supreme Court.  According to Clerk's

23 Office personnel, the case has been returned to the original panel.

24 The panel has taken no action.  Therefore, the parties believe a

25 further continuance is warranted.

26 ///

27 ///

28 ///

1

1    The defendant is not in custody.  On June 20, 2007, Mark
2 Reichel gave Camil A. Skipper permission via e-mail to sign this
3 stipulation on his behalf.
4 Date: June 20, 2007                    Respectfully submitted,
5                                        McGREGOR W. SCOTT
                                         United States Attorney
6
7
                                         By: Camil A. Skipper
8                                            CAMIL A. SKIPPER
                                             Assistant U.S. Attorney
9
10
11 Date: June 20, 2007 _____    By: Mark Reichel
                                        MARK REICHEL
12                                      Attorney for defendant
13
14
15                              **ORDER**
16    The status conference is continued to July 23, 2007, at 8:30
17 A.M.
18    IT IS SO ORDERED.
19 Date:  June 21, 2007

                       _____
                       WILLIAM B. SHUBB
                       UNITED STATES DISTRICT JUDGE