McGREGOR W. SCOTT
United States Attorney
CAMIL A. SKIPPER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2709

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. No. S-02-164 WBS |
| ) | |
| Plaintiff, ) | STIPULATION AND ~~PROPOSED~~ ORDER |
| ) | TO CONTINUE STATUS CONFERENCE |
| v. ) | |
| ) | |
| JEFFERY HAYMEN GRUBBS, ) | DATE: September 17, 2007 |
| ) | TIME: 8:30 A.M. |
| Defendant. ) | COURT: Hon. William B. Shubb |
| _____ ) | |

 IT IS HEREBY STIPULATED AND AGREED between the defendant, Jeffery Grubbs, and the United States, through their respective counsel, that the status conference presently set for September 17, 2007, should be continued to December 3, 2007 at 8:30 A.M.

 As the court is aware, the case was remanded to the Ninth Circuit after reversal by the Supreme Court. According to Clerk's Office personnel, the case has been returned to the original panel. The panel has taken no action of which the parties are aware. Therefore, the parties believe a further continuance is warranted.

///

///

///

1

1    The defendant is not in custody.  On September 13, 2007, Mark
2  Reichel gave Camil A. Skipper permission via E-mail to sign this
3  stipulation on his behalf.
4  Date: September 13, 2007           Respectfully submitted,

                                     McGREGOR W. SCOTT
                                     United States Attorney


                              By:    <u>Camil A. Skipper</u>
                                     CAMIL A. SKIPPER
                                     Assistant U.S. Attorney


Date: September 13, 2007      By:    <u>Mark Reichel</u>
                                     MARK REICHEL
                                     Attorney for defendant



**ORDER**

    The status conference is continued to December 3, 2007, at 8:30 A.M.

    IT IS SO ORDERED.

Date:   September 14, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2