MARK J. REICHEL, State Bar #155034
THE LAW OFFICES OF MARK J. REICHEL
555 CAPITOL MALL, 6TH FLOOR, Suite 600
Sacramento, California  95814
Telephone: (916) 498-9258
FAX:       (916) 441-6553
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
JEFFREY GRUBBS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,                )<br>                                          )<br>             Plaintiff,                   )<br>                                          )<br>     v.                                   )<br>                                          )<br>                                          )<br>JEFFREY GRUBBS                            )<br>                                          )<br>             Defendants.                  )<br>_____ | Case No. CR-S-02-164 WBS<br><br>**STIPULATION OF THE PARTIES**<br>**TO CONTINUE; Order thereon**<br><br>Date: November 17, 2008<br>Time: 8:30 a.m.<br>Judge: Hon. William B. Shubb |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective undersigned counsel, as follows:

   The that the present date for the status conference shall be vacated; that the new date for status conference shall be on November 17, 2008 at 8:30 a.m.

   All undersigned counsel and defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged through November 17 2008 should be excluded in computing the time within which trial must commence under the

Stip

Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4 for effective defense preparation.

DATED: October 20, 2008.              Respectfully submitted,

                                          /s/ MARK J. REICHEL
                                          MARK J. REICHEL
                                          Attorney for Defendant

                                          McGREGOR W. SCOTT
                                          United States Attorney

DATED: October 20, 2008.              /s/MARK J. REICHEL for:
                                          CAMIL SKIPPER
                                          Assistant U.S. Attorney
                                          Attorney for Plaintiff

## O R D E R

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4, and the new date for status conference shall be on November 17, 2008 at 8:30 a.m.

DATED: October 20, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE